AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Koeltl, John G | 2. Court or Organization  U.S.D.C. Southern District-NY | 3. Date of Report  05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  United States Courthouse  500 Pearl St. Room 1030  New York,New York 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 15 A 10: 02
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2006 K-1 NOT YET AVAILABLE) | $ 1,000.00 |
| 2. 2006 | NEW YORK UNIVERSITY - TEACHING | $ 10,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COCA COLA - COMMON | B | Dividend | L | T | | | | | |
| 2. JOHNSON & JOHNSON - COMMON | C | Dividend | M | T | | | | | |
| 3. PFIZER INC. - COMMON | C | Dividend | M | T | | | | | |
| 4. ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | M | T | Contrib | 12/06 | J | C | Regis HS - Donee |
| 5. AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUND | B | Dividend | L | T | Buy | 12/31 | K | | |
| 6. | | | | | Partial Sale | 01/27 | K | B | |
| 7. MFS VALUE FUND CL B - MUTUAL FUND | C | Dividend | L | T | Buy | 12/31 | J | | |
| 8. CALAMOS GROWTH FUND CL C -MUTUAL FUND | B | Dividend | L | T | Buy | 01/27 | K | | |
| 9. | | | | | Buy | 04/27 | K | | |
| 10. | | | | | Buy | 12/31 | J | | |
| 11. VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 12. | | | | | Partial Sale | 04/05 | K | C | |
| 13. | | | | | Partial Sale | 04/27 | K | B | |
| 14. ALLIANZ OCC VALUE FUND CL C - MUTUAL FUND | C | Dividend | K | T | Buy | 12/31 | J | | |
| 15. | | | | | Partial Sale | 01/24 | K | | |
| 16. | | | | | Partial Sale | 02/22 | K | | |
| 17. | | | | | Partial Sale | 05/25 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANZ CCM CAP. APPREC. FUND CL B - MUTUAL FUND | E | Dividend | M | T | Buy | 12/31 | K | | |
| 19. PIMCO EMERGING MKTS BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 20. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | B | Dividend | M | T | Buy | VAR | L | | Net Increase To MM Fund |
| 21. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | K | T | | | | | |
| 22. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | K | T | | | | | |
| 23. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | B | Interest | K | T | | | | | |
| 25. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | | | | | |
| 26. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | | | | | |
| 27. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | B | Interest | K | T | | | | | |
| 28. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | K | T | | | | | |
| 29. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | C | Interest | L | T | | | | | |
| 30. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 31. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 32. N.Y. STATE SER B BOND 5.25% DUE 08/01/20 | C | Interest | L | T | | | | | |
| 33. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | B | Interest | L | T | | | | | |
| 34. N.Y. STATE SER F BOND 5% DUE | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 08/01/23 | | | | | | | | | |
| 35. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |
| 36. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |
| 37. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 38. NEW YORK CITY MUN WTR BOND 5.125% DUE 06/15/21 | B | Interest | K | T | | | | | |
| 39. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 40. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 41. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | | | | | |
| 42. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | K | T | | | | | |
| 43. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | M | T | | | | | |
| 44. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 45. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 46. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | B | Interest | K | T | | | | | |
| 47. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 48. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 49. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 50. N.Y. STATE NY SER F BOND 5.3% DUE | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | T =Cash Market | | |
| | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 01/15/26 | | | | | | | | | |
| 51. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | L | T | | | | | |
| 52. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | L | T | | | | | |
| 53. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 05/01/23 | C | Interest | L | T | | | | | |
| 54. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | L | T | | | | | |
| 55. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 56. MERRILL LYNCH (IRA ACCOUNT) - ALLIANZ OCC VALUE FUND CL C | B | Dividend | K | T | Buy | 12/31 | J | | |
| 57. MERRILL LYNCH (IRA ROLLOVER) - AIM INT'L FUND | E | Dividend | N | T | Buy | 12/31 | K | | |
| 58. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND | | None | L | T | | | | | |
| 59. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL B | A | Dividend | N | T | Buy | 12/31 | J | | |
| 60. MERRILL LYNCH (IRA ROLLOVER) - ALLIANZ OCC VALUE FUND CL C | D | Dividend | M | T | Buy | 12/31 | J | | |
| 61. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L EQUITY FUND CL B | C | Dividend | L | T | Buy | 12/31 | J | | |
| 62. | | | | | Partial Sale | 04/25 | K | | |
| 63. | | | | | Partial Sale | 10/20 | L | | |
| 64. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLB | C | Dividend | M | T | Buy | 12/31 | J | | |
| 65. MERRILL LYNCH (IRA ROLLOVER)-AMER. CAP INC BUILDER FUND CL B | D | Dividend | N | T | Buy | 12/31 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Koeltl, John G | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Partial Sale | 01/27 | L | B | |
| 67. MERRILL LYNCH (IRA ROLLOVER) - CALAMOS GROWTH FUND CL C | B | Dividend | L | T | Buy | 12/31 | J | | |
| 68. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM NEW VALUE FUND CL B | C | Dividend | L | T | Buy | 12/31 | J | | |
| 69. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | C | Dividend | L | T | Buy | 10/20 | L | | |
| 70. | | | | | Buy | 12/31 | J | | |
| 71. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER DEV MKTS FUND CLC | D | Dividend | M | T | Buy | 01/27 | L | | |
| 72. | | | | | Buy | 04/25 | K | | |
| 73. | | | | | Buy | 12/31 | J | | |
| 74. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | *SEE PART III* | | J | U | *SEE PART VI FOR LIABILITY DISCLOSED DUE TO NEGATIVE CAPITAL BALANCE* | | | | |
| 75. US TREASURY DIRECT - US TREASURY NOTES | C | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 76. CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 77. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 78. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 75,76 & 77 RELATE TO A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ▮▮▮▮▮▮ AS A CONVENIENCE TO HER. THE ACCOUNTS WERE FUNDED COMPLETELY BY ▮▮▮▮▮▮ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO MY LISTED ▮▮▮ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur[   ]                                                    Date  5/9/07

NOTE: [   ]                                      OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR[   ]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544